ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Paragone Solutions, Inc. | ) ASBCA No. 62660 |
| | ) |
| Under Contract No. GS00Q17GWD2303 | ) |
| T.O. No. W912DY-19-F-1262 | ) |

APPEARANCE FOR THE APPELLANT:       Bret S. Wacker, Esq.
      Clark Hill PLC
      Detroit, MI

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
      Engineer Chief Trial Attorney
    Karl W. Kuhn, Esq.
      Engineer Trial Attorney
      U.S. Army Engineer District, Huntsville

ORDER OF DISMISSAL

The appeal having been settled and at the joint request of the parties, the appeal is dismissed with prejudice.

Dated: February 19, 2021

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62660, Appeal of Paragone Solutions, Inc., rendered in conformance with the Board's Charter.

Dated: February 19, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals